SECOND DEPARTMENT, AUGUST, 2003

(August 4, 2003)

■ JORGE AGUIRRE et al., Plaintiffs, v CASTLE AMERICAN CONSTRUCTION, LLC, Defendant and Third-Party Plaintiff-Appellant, et al., Defendants. MILLER CONTRACTING, Third-Party Defendant-Respondent. [762 NYS2d 913] —In an action to recover damages for personal injuries, etc., the defendant third-party plaintiff appeals from an order of the Supreme Court, Rockland County (Weiner, J.), dated June 11, 2002, which granted the third-party defendant's motion for summary judgment dismissing the third-party complaint, and denied its cross motion for summary judgment on the third-party complaint.

Ordered that the order is affirmed, with costs.

The third-party defendant met its burden of proving, through its submission of the amended verified complaint, verified bills of particulars, and the affidavit of the plaintiff Jorge Aguirre (hereinafter the plaintiff) (*see Ibarra v Equipment Control,* 268 AD2d 13 [2000]; *Barbieri v Mount Sinai Hosp.,* 264 AD2d 1 [2000]), that the plaintiff's injuries, although serious, did not rise to the level of "grave" injuries within the meaning of Workers' Compensation Law § 11 (*see Castro v United Container Mach. Group,* 96 NY2d 398 [2001]). The defendant third-party plaintiff's admissions in its reply papers and on appeal that the plaintiff has some movement in his arm defeat its claim that the plaintiff sustained a permanent and total loss of use of that arm as required under Workers' Compensation Law § 11 (*see Meis v ELO Org.,* 97 NY2d 714 [2002]). Altman, J.P., Goldstein, McGinity and Mastro, JJ., concur.